## MONTGOMERY v. THE STATE.

(Decided June 30, 1916.)

APPEAL from Clay County Court.

Heard before Hon. E. J. GARRISON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed on motion of Attorney General.

## PALMER v. THE STATE.

(Decided June 13, 1916.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

CURRY & WALKER, for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.

## RED FEATHER COAL CO. v. LIGHTSEY.

(Decided June 13, 1916.)

APPEAL from Bibb Circuit Court.

Heard before Hon. B. M. MILLER.

LAVENDER & THOMPSON, for appellant. No counsel marked for appellee.

PER CURIAM.—Dismissed for want of prosecution.

## TAYLOR v. TOWN OF GUNTERSVILLE.

(Decided May 18, 1916.)

APPEAL from Marshall Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed.

## WHITLOCK v. THE STATE.

(Decided June 30, 1916.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

CHARLES D. KLINE, for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, J.—No bill of exceptions, and no error of record. Affirmed.